**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

October 2, 2009

# NOTICE OF VOLUNTARY DISMISSAL

Re:   Gerome Merritt v. Wells Fargo Bank, N.A.; et al
      Civil Action No. 2:09-cv-674-WHA

Pursuant to the #11 Notice of Dismissal with Prejudice filed by the plaintiff on 10/2/2009 and Fed. R. Civ. P. 41(a)(1)(A)(ii), this case is dismissed with prejudice, without an order of the court and has been closed and removed from the docket of this court.